```
                                                         FILED
                                                      March 11, 2014
          UNITED STATES DISTRICT COURT FOR THE     CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA             CALIFORNIA
                                                         DEPUTY CLERK
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:14-mj-00057-DAD |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| DAVID MUNFORD, | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, David Munford, Case No. 2:14-mj-00057-DAD Charge 21 USC § 846 and 841(b)(1)(B) from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00

   _X_   Unsecured Appearance Bond

   ___   Secured Appearance Bond

   _X_   (Other) With Pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 03/11/2014 at 2:30 p.m.

By _____
Dale A. Drozd
United States Magistrate Judge